RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Arlandell Moore

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>       v.<br><br>ARLANDELL MOORE.<br><br>        Defendant. | Case No. 2:18-cr-383-APG-GWF<br><br>**STIPULATION TO MODIFY A CONDITION OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Peter Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Arlandell Moore, to modify a condition of pre-trial release.

This Stipulation is entered into for the following reasons:

1. Defendant Moore was placed on Pretrial Supervision on February 25, 2019. One of the conditions of his pretrial release was that Mr. Moore's travel was restricted to the State of Nevada (Condition 20). ECF No. 9.

2. The parties respectfully request that this Court amend Mr. Moore's travel restriction to allow him to travel within the Continental United States.

3. Mr. Moore has been in compliance with his other terms of supervision

4. The Pretrial Service Officer, Kelly Bowen, does not oppose the modification of Mr. Moore's travel restriction to allow him to travel within the Continental United States. The Pretrial Service Officer does request that Mr. Moore continue communicate with Pretrial whenever he leaves the District of Nevada.

5. The United States Attorney does not oppose modifying Mr. Moore's travel restrictions to allow him to travel within the Continental United States.

DATED this 9th day of May, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Peter Levitt*<br>By_____<br>PETER LEVITT<br>Assistant United States Attorney |

IT IS SO ORDERED.

DATED this 10th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2