**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00383-APG-EJY |
| Plaintiff, | ORDER |
| v. | |
| ARLANDELL MOORE, | |
| Defendant. | |

**ORDER**

IT IS THEREFORE ORDERED that Defense Counsel's Reply to the Government's Response (ECF No. 35) to Defendant's Motion to Suppress Evidence (ECF No. 32) currently due on Friday, December 13, 2019, be vacated and continued to Tuesday, December 31, 2019.

DATED this 17th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE