RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Arlandell Moore

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARLANDELL MOORE,<br><br>Defendant. | Case No. 2:18-cr-00383-APG-EJY<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Arlandell Moore, that the Evidentiary Hearing currently scheduled on January 3, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Additional time is needed to allow defense counsel adequate time for completing further investigation, which could prove significant in this matter.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow for defense counsel adequate time to allow investigations to be completed.

This is the first request for a continuance of the evidentiary hearing.

DATED this 30th day of December, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Linda Mott*<br>By_____<br>LINDA MOTT<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ARLANDELL MOORE,<br><br>   Defendant. | Case No. 2:18-cr-00383-APG-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Friday, January 3, 2020 at 9:30 a.m., be vacated and continued to Feb. 19, 2020 at the hour of 1:30 p.m.; or to a time and date convenient to the court.

DATED this 31 day of December, 2019.

*Elayna Youchah*
UNITED STATES MAGISTRATE JUDGE