**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>ARLANDELL MOORE,<br><br>      Defendant. | Case No. 2:18-cr-383-APG-EJY<br><br>**<u>ORDER</u>** |

     Based on the Stipulation of counsel and good cause appearing,

     IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled on February 18, 2020 at the hour of 1:30 p.m., be vacated and continued to March 12, 2020 at the hour of 10:00 a.m. in Courtroom 3A.

     DATED this 19th day of February, 2020.

                                                                                            _____
                                                                                         UNITED STATES MAGISTRATE JUDGE