RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Arlandell Moore

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ARLANDELL MOORE,<br><br>            Defendant. | Case No. 2:18-CR-383-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Arlandell Moore, that the Sentencing Hearing currently scheduled on July 7, 2020 at 2:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

   This Stipulation is entered into for the following reasons:

   1.   Defense counsel will be out on medical leave form June 2, 2020 to September 2, 2020.

   2.   The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 1st day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-383-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| ARLANDELL MOORE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, July 7, 2020 at 2:30 p.m., be vacated and continued to October 6, 2020 at the hour of 10:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 1st day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE

3